Timothy CUNNINGHAM,
Plaintiff–Appellee,

v.

Michael FIGOLAH, Charles Livingston, Henry Dawson, and Anthony Huemann, Defendants–Appellants.

No. 02–4244.

United States Court of Appeals, Seventh Circuit.

Argued Sept. 18, 2003.

Decided June 28, 2004.

Lara A. Anderson, Hunt & Associates, Chicago, IL, for Plaintiff–Appellee.

Steven B. Rynecki, Von Briesen & Roper, Milwaukee, WI, Defendants–Appellants.

Before EASTERBROOK, DIANE P. WOOD, and EVANS, Circuit Judges.

## ORDER

On March 18, 2004, we ordered the parties to file supplemental briefing addressing whether this interlocutory appeal from the district court's order denying the Defendants' motion to dismiss based on qualified immunity was moot in light of the court's March 1, 2004 order granting Defendant's motion for summary judgment and terminating this case. See *Cunningham v. Vill. of Mt. Prospect*, No. 02 C 4196, 2004 WL 407006 (E.D.Ill. Mar. 2,

2004). We have received the Defendants' supplemental briefing, in which they agree that their interlocutory appeal is now moot. See *United States v. Estevez*, 852 F.2d 239, 241 n. 3 (7th Cir.1988) (defendant's interlocutory appeal rendered moot by subsequent judgment).

Accordingly, we DISMISS the Defendants' interlocutory appeal as moot.